IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYAN M. CLARK,

        Plaintiff,

vs.

FEDERAL BOND AND COLLECTION SERVICE, INC.,

        Defendant.

8:14CV58

ORDER

Upon notice of settlement given to the magistrate judge on April 1, 2014, by Burke Smith, counsel for the plaintiff,

**IT IS ORDERED that**:

1. The plaintiff shall have to on or before **May 1, 2014**, to file documents to allow the court to close this case. Such documents shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Should the plaintiff require additional time, he should seek an extension of time in advance of the deadline set forth above.

3. Absent compliance with this order, this case may be dismissed without further notice.

Dated this 3rd day of April, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge